FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL CHRISTAIN RADVANYI,<br><br>                    Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS, and CHRSTINA VILAR,<br><br>                    Defendants. | NO: 1:25-CV-0463-TOR<br><br>ORDER DISMISSING ACTION FOR NON-PAYMENT OF FEE |

By Order filed November 20, 2025, Plaintiff was directed to pay a partial filing fee of $50.00 if he wished to proceed with this action. ECF No. 3. The deadline for doing so was December 22, 2025. Plaintiff did not respond and has filed nothing further in this action.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Complaint be **DISMISSED** without prejudice.

ORDER DISMISSING ACTION FOR NON-PAYMENT OF FEE -- 1

1  The Clerk of Court is directed to enter this Order, enter judgment, forward a
2  copy to Plaintiff and **close** the file.  The Court certifies any appeal of this dismissal
3  would not be taken in good faith.

**DATED** December 30, 2025.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR NON-PAYMENT OF FEE -- 2